COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| DOVENMUEHLE MORTGAGE, INC., FANNIE MAE, and NEXBANK, SSB, | § | |
| | § | No. 08-19-00278-CV |
| Appellants, | § | |
| | § | Appeal from the |
| v. | § | |
| | § | County Court at Law No. 6 |
| PETER LABRADO and ROSEMARY LABRADO, | § | |
| | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2018DCV4757) |
| | § | |

## MEMORANDUM OPINION

Appellants Dovenmuehle Mortgage, Inc., Fannie Mae, and Nexbank, SSB have filed a motion to lift the abatement in this case and voluntarily dismiss this appeal with prejudice because the parties have settled. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs are taxed against the Appellants. *See* TEX.R.APP.P. 42.1(d).

March 31, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.